IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

U.S. DISTRICT COURT
OF NEBRASKA
SEP 21 2012
OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12MJ13-FG3 |
| vs. | ) | ORDER TO DISMISS |
| | ) | CRIMINAL COMPLAINT |
| DONNIE R. JOHNSON, | ) | PURSUANT TO RULE 48(a) |
| Defendant | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Complaint regarding Defendant, DONNIE R. JOHNSON, pursuant to Motion of the United States (Filing No. 24).

DATED this 21 day of September, 2012.

BY THE COURT:

_____
F. A. GOSSETT
United States Magistrate Judge